IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-577-CV





WILLIAM C. DEAR AND WILLIAM C. DEAR & ASSOCIATED, INC.,




 APPELLANTS


vs.





CITY OF IRVING AND BENNY NEWMAN,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 493,479, HONORABLE JOHN K. DIETZ,, JUDGE PRESIDING



 




PER CURIAM



 Appellants, William C. Dear and William C. Dear & Associated, Inc., have filed
an amended motion to dismiss this appeal. The amended motion to dismiss the appeal is granted
and the original motion to dismiss appeal is dismissed. Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Aboussie and Jones

Dismissed on Appellants' Amended Motion

Filed: March 23, 1994

Do Not Publish